BEFORE THE SECOND DIVISION, OCTOBER 7, 1968

**No. P68/426.**—Gross Plumbing & Rubber Co. et al. *v.* United States, protests 62/6437, etc. (Philadelphia).

RAO, C.J. In accordance with stipulation of counsel that the items marked "A", "B", or "C" covered by the foregoing protests consist of nozzles or garden hose accessories (so-called drainmasters, drains or fan sprays) chiefly used in and around family dwellings for household purposes, each item being attached to the end of a garden hose in the same manner as the nozzles the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859); that the items marked "D" consist

of adaptors chiefly used in and around family dwellings for household purposes, each item being easily attached to and detached from a faucet in the same way as the aerators the subject of *Globe Importing Company* v. *United States* (47 Cust. Ct. 248, Abstract 65882) ; that the items marked "A" and "D" are in chief value of brass; that the items marked "B" are in chief value of zinc; and that the items marked "C" are in chief value of steel, the claims of the plaintiffs were sustained.